UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAWN M. HYLAND,  Civil No. 11-1793 MJD/AJB

    Plaintiff,

v.  O R D E R

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated April 2, 2012, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Summary Judgment [Docket No. 10] is **GRANTED**;

2. Defendant's Motion for Summary Judgment [Docket No. 21] is **DENIED;**

3. Judgment to be entered accordingly.

DATED: April 19, 2012.      s/Michael J. Davis
    Michael J. Davis
    Chief Judge
    U. S. District Court